**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 25-MJ-954**

**JOSHUA WYLIE,**

**Defendant.**

---

# ORDER OF TEMPORARY RELEASE

---

On August 21, 2026, the court held a motion hearing regarding defendant Joshua Wylie's unopposed motion to reopen the detention hearing. (ECF No. 18.) That motion was granted and detention was reopened. The parties jointly proposed a release plan to ensure Mr. Wylie receives inpatient mental health treatment.

**IT IS THEREFORE ORDERED** that, by agreement of the parties, defendant Joshua Wylie will be released from Dodge County Jail to the custody of his attorney, Nicole Muller, **at 8:30 a.m. on August 25, 2026**. Attorney Muller will accompany Mr. Wylie, as described in the defendant's motion (ECF No. 18), to Brockton VA Medical Center at 940 Belmont Steet, Brockton, MA 02301 and wait until he has been admitted and is in the care of the medical center. If at any time Mr. Wylie attempts to evade the

accompaniment of Attorney Muller, Attorney Muller shall contact the local authorities, and Mr. Wylie will be in violation of this court's order. Mr. Wylie must remain at Brockton VA Medical Center until October 6, 2026. Any attempt to leave the medical center prior to that date will be a violation of this court's order. The parties are directed to confer on a plan following Mr. Wylie's treatment and inform the court no later than **September 28, 2026**.

Dated at Milwaukee, Wisconsin this 21st day of August, 2026.

William E. Duffin
WILLIAM E. DUFFIN
U.S. Magistrate Judge